Dismissed and Memorandum Opinion filed February 15, 2007








Dismissed
and Memorandum Opinion filed February 15, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00880-CV

____________

 

IN THE INTEREST OF R.L., S.L., and
D.L., Minor Children

 

 



 

On Appeal from the 315th District
Court

Harris County, Texas

Trial Court Cause No. 2005-02241J

 



 

M E M O R
A N D U M  O P I N I O N

Appellant,
Mary Tibbets, brings this appeal from a judgment terminating her parental
rights signed September 12, 2006.  The trial court found appellant was not
entitled to proceed without the advanced payment of costs.  No clerk=s record has been filed.  The clerk
responsible for preparing the record in this appeal informed the court
appellant did not make arrangements to pay for the record.  

On
January 11, 2007, this court issued an order stating that we would dismiss the
appeal for want of prosecution unless appellant paid, or made arrangements to
pay for, the record and provided this court with proof of payment on or before
January 29, 2007.  See Tex. R.
App. P. 37.3(b).  Appellant filed no response. 








Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
February 15, 2007.

Panel consists of Chief Justice Hedges and Justices
Fowler and Edelman.